1  GREGORY L. BENTLEY #151147
2  JAIMI M. GROOTHUIS # 268602
   **BENTLEY & MORE, LLP**
3  4 Park Plaza, Suite 500
4  Irvine, California 92614
   Phone:         (949) 870-3800
5  Facsimile:     (949) 732-6291
6
7  Attorneys for Plaintiffs, J. N., et al.

   JS-6

8
9              **UNITED STATES DISTRICT COURT**
10          **CENTRAL DISTRICT, SOUTHERN DIVISION**
11

12  J. N., a minor by and through his          Case No.: 8:18-cv-01222-JVS-DFM
13  guardian ad litem Diep Nguyen; and
    DIEP NGUYEN, an individual,                Assigned to:
14                                             District Judge James V. Selna
15          Plaintiffs,                        Magistrate Judge Douglas F.
                                               McCormick
16
        vs.
17                                             ORDER RE JOINT STIPULATION TO
18  MACY'S CORPORATE SERVICES, INC.,           SUBSTITUTE A FICTIOUSLY NAMED
    a corporation; MACY'S WEST STORES,         DEFENDANT AND REMAND CASE
19  INC., a corporation; SCHINDLER             BACK TO THE SUPERIOR COURT OF
    ELEVATOR CORPORATION, a                    CALIFORNIA, COUNTY OF ORANGE
20  corporation; KONE, INC., a corporation;
21  CROCS INC., a corporation; and DOES
    1-100,
22
23          Defendants.
24
25
26
27
28

**ORDER**

Pursuant to the Joint Stipulation of the Parties to allow Plaintiffs to file their First Amended Complaint substituting Ross Stores, Inc. for the fictitiously named defendant, DOE 1, it is hereby ORDERED:

1. By signing of this order, plaintiffs First Amended Complaint, substituting Ross Stores Inc. for the fictitiously named defendant DOE 1, is considered filed with the Court;

2. The addition of Ross Store's Inc. as a party to this action destroys diversity;

3. This action is therefore remanded to the Superior Court of California, County of Orange; and

4. Each party shall bear its own attorneys fees and costs incurred in connection with the removal of this action to Federal Court and the remand.


IT IS SO ORDERED.


Date: August 13, 2018

_____
JAMES V. SELNA
United States District Court Judge